# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

JOSE REINALDO CARMONA TORREALBA, A# 246 944 721,

Petitioner,

v.

WARDEN, Karnes County Immigration Processing Center, ET AL.,

Respondents.

§ § § § § § § § § § § § § § § §

SA-26-CV-00966-JKP

## ORDER FOR SERVICE

Before the Court is *pro se* Petitioner's 28 U.S.C. § 2241 Amended Petition for Writ of Habeas Corpus. (ECF No. 4). The Court hereby **DIRECTS** the Clerk of Court to furnish a copy of the Petition and this Order to the Office of the United States Attorney in San Antonio, Texas. Delivery of those same documents by certified mail, return receipt requested, shall constitute sufficient service of process on the Federal Respondents, *see* FED. R. CIV. P. 4(i), and on all Respondents unless otherwise contested. Service should be directed to:

Stephanie Rico, Civil Process Clerk
U.S. Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite
600 San Antonio, Texas
78216.

Federal Respondents are **ORDERED** to file a response to the Amended Petition for Writ of Habeas Corpus **no later than Wednesday, April 1, 2026**. The Court construes the Amended Petition as raising, at least in part, a Fifth Amendment Due Process claim which Respondents should address. *See, e.g., Bonilla Chicas v. Warden*, __ F. Supp.3d __, No. 26-CV-131, 2026 WL 539475, at *6 (S.D. Tex. Feb. 20, 2026); *Marceau v. Noem*, No. 26-CV-237-KC, 2026 WL 368953, at *1 (W.D. Tex. Feb. 9, 2026). This Order does not restrict Respondents from filing an abbreviated response should they deem such response appropriate considering the detention issues raised. Any such abbreviated response should identify similar cases resolved in the Western District of Texas and indicate that there are no material factual or legal differences between this case and those

cases. Such an abbreviated response will preserve the legal arguments previously made by the Federal Respondents in the cases they identify. Petitioner shall have seven days from the date a response is filed to file any reply.

**IT IS FURTHER ORDERED** that any possible or anticipated removal or transfer is **IMMEDIATELY STAYED** until further order from this Court. Respondents shall not transfer the above–named Petitioner outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer. Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

**IT IS SO ORDERED this 25th day of March 2026.**

**JASON PULLIAM**